UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE C. RUIZ, CRUZ EDUARDO RUIZ, and LUKASZ ZAJKOWSKI, Individually and on Behalf of All Similarly-Situated Employees<br>　　　　　Plaintiffs,<br>v.<br><br>NEI GENERAL CONTRACTING, INC.; DELTA DRYWALL AND FRAMING LLC; JOSEF RETTMAN; AND DAVID ADAM VILLANUEVA,<br>　　　　　Defendants. | CA No. 1:21-cv-11722-WGY |

**PLAINTIFFS' ASSENTED-TO MOTION FOR
FINAL APPROVAL OF SETTLEMENT**

Plaintiffs Jose C. Ruiz, Cruz Eduardo Ruiz, and Lukasz Zajkowski (together, the "Class Representatives"), individually and on behalf of all members of the two Classes certified by the Court on February 29, 2024 (Doc. 83) (together, "Class Members"), respectfully move this Court for an Order granting the Plaintiffs' Assented-To Motion for Final Approval of Settlement pursuant to Rule 23 of the Federal Rules of Civil Procedure, as more fully described in the Memorandum of Law submitted in support of this Motion ("Memorandum of Law").

The Court preliminarily approved the Settlement on January 27, 2025 (Doc. No. 97). The proposed Settlement secures significant compensation for Class Members and has been well received by them — no Class Member objected to or opted out of the Settlement. The Settlement is fair, reasonable, and adequate, and, accordingly, should be finally approved for distribution.

Defendants NEI General Contracting, Inc. and Josef Rettman have assented to this motion.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion and enter an order granting the relief requested in the Memorandum of Law submitted herewith.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | For the Plaintiffs, |
|  | By their Attorneys, |
|  | /s/ *Nancy Sheinberg* |
|  | Chip Muller, Esq. (BBO #672100) |
|  | Nancy Sheinberg, Esq. (pro hac vice) |
|  | MULLER LAW, LLC |
|  | 47 Wood Avenue |
|  | Barrington, RI 02806 |
|  | (401) 256-5171 (Tel) |
|  | chip@mullerlaw.com |
| Dated: May 5, 2025 | nancy@mullerlaw.com |

## RULE 7.1(a)(2) CERTIFICATION

Pursuant to Rule 7.1(a)(2) of the Local Rules of the United States District Court for the District of Massachusetts, I hereby certify that I conferred with counsel for all represented defendants regarding the above motion and counsel agreed to assent to the relief requested.

/s/ *Nancy Sheinberg*
Muller Law, LLC
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May 2025, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, with a copy sent via electronic mail to all registered recipients and via first-class mail to all unregistered recipients.

/s/ *Nancy Sheinberg, Esq.*
Muller Law, LLC
Class Counsel

2